# Roadmaster Custom Trailers LLC

## Profit and Loss

### All Dates

| | TOTAL |
|---|---|
| Income | |
| Billable Expense Income | 1,500.00 |
| Discounts given | -4,870.00 |
| Sales | 308,034.60 |
| Sales of Product Income | 190,443.75 |
| Services | 336,609.54 |
| Uncategorized Income | 24,400.00 |
| **Total Income** | **$856,117.89** |
| Cost of Goods Sold | |
| Cost of goods sold | 8,643.44 |
| Subcontractor expenses | 0.00 |
| Supplies & materials | 10,592.63 |
| **Total Cost of goods sold** | **19,236.07** |
| Inventory Shrinkage | 0.00 |
| **Total Cost of Goods Sold** | **$19,236.07** |
| GROSS PROFIT | **$836,881.82** |
| Expenses | |
| Advertising & marketing | 353.92 |
| Social media | 8,300.00 |
| **Total Advertising & marketing** | **8,653.92** |
| Business licences | 2,849.00 |
| Commissions & fees | 1,762.00 |
| Contract labor | 230,707.64 |
| Contributions to charities | 784.00 |
| Cost Of Labor | 79,839.26 |
| Contractor | 61,515.89 |
| **Total Cost Of Labor** | **141,355.15** |
| Employee benefits | |
| Health & accident plans | 79.00 |
| **Total Employee benefits** | **79.00** |
| Entertainment | 122.25 |
| General business expenses | 19,480.88 |
| Bank fees & service charges | 1,378.00 |
| **Total General business expenses** | **20,858.88** |
| Insurance | 6,594.14 |
| Rental insurance | 4,771.28 |
| **Total Insurance** | **11,365.42** |
| Interest paid | |
| Business loan interest | 236.52 |
| **Total Interest paid** | **236.52** |
| Job/Office Supplies | 53,593.59 |

| | TOTAL |
|---|---:|
| Lease | 14,400.00 |
| Legal & accounting services | |
|   Accounting fees | 1,280.00 |
| **Total Legal & accounting services** | **1,280.00** |
| Meals | 1,962.25 |
|   Travel meals | 467.00 |
| **Total Meals** | **2,429.25** |
| Office expenses | 4,085.41 |
|   Office supplies | 254.25 |
|   Shipping & postage | 57.50 |
|   Software & apps | 55.97 |
| **Total Office expenses** | **4,453.13** |
| Payroll expenses | 40,910.97 |
|   Taxes | 7,937.35 |
|   Wages | 10,566.11 |
| **Total Payroll expenses** | **59,414.43** |
| Purchases | 7,873.02 |
| QuickBooks Payments Fees | 12,554.96 |
| Reimbursements | 13,713.68 |
| Reimbursment to Employee | 5,186.01 |
| Repairs & maintenance | 2,706.92 |
| Supplies | 73,263.07 |
|   Supplies & materials | 16,597.82 |
| **Total Supplies** | **89,860.89** |
| Taxes paid | 228.39 |
| Taxes workforce commission | 60.00 |
| Uncategorized Expense | 900.00 |
| Utilities | 3,325.74 |
|   Disposal & waste fees | 2,283.32 |
|   Internet & TV services | 3,200.22 |
| **Total Utilities** | **8,809.28** |
| **Total Expenses** | **$696,237.33** |
| **NET OPERATING INCOME** | **$140,644.49** |
| Other Income | |
|   Other income | 17,760.00 |
| **Total Other Income** | **$17,760.00** |
| Other Expenses | |
|   Hay Bales | 4,800.00 |
|   Reimbursed Expense | 36,384.00 |
|   Tool Employee Reimbursement | 724.76 |
|   Vehicle expenses | 1,472.00 |
|   Vehicle gas & fuel | 10,276.16 |
|   **Total Vehicle expenses** | **11,748.16** |
| **Total Other Expenses** | **$53,656.92** |
| **NET OTHER INCOME** | **$ -35,896.92** |
| **NET INCOME** | **$104,747.57** |

# Livingston Agriculture & Mechanical

## Profit and Loss

### All Dates

| | TOTAL |
|---|---|
| **Income** | |
| Billable Expense Income | 387,785.00 |
| Discounts given | -51,140.44 |
| QuickBooks Payments Sales | 0.00 |
| Sales | 1,961,530.76 |
| Sales Commision | 79,392.10 |
| Sales of Product Income | 532,287.34 |
| Shipping Income | 24.95 |
| Unapplied Cash Payment Income | -5,120.00 |
| Uncategorized Income | 252,591.11 |
| **Total Income** | **$3,157,350.82** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 405.49 |
| Cost of Labor | 167,698.01 |
| Contractors | 1,116,715.13 |
| James Pierce | 29,001.73 |
| Mikey Cooperhaver | 2,309.19 |
| Shelton South | 8,784.95 |
| Sherry Redden | 4,500.00 |
| **Total Cost of Labor** | **1,329,009.01** |
| Cost of labor - COS | 25,862.50 |
| Job Supplies | 524,272.23 |
| **Total Cost of Goods Sold** | **$1,879,549.23** |
| **GROSS PROFIT** | **$1,277,801.59** |
| **Expenses** | |
| Accounting | 4,100.00 |
| Acre Lease | 500.00 |
| Advertising & Marketing | 7,577.87 |
| Ask My Accountant | 0.00 |
| Bank Charges & Fees | 35,340.94 |
| Credit Card Payments | 21,614.57 |
| **Total Bank Charges & Fees** | **56,955.51** |
| Car & Truck | 29,029.47 |
| Auto Insurance | 1,024.20 |
| Auto Repair & Maint. | 79,987.63 |
| Fees | 591.88 |
| Fuel Expense | 75,630.61 |
| Loan Payment | 7,336.14 |
| **Total Car & Truck** | **193,599.93** |
| Charitable Contributions | 18,563.80 |
| Cost of Equipment | 6,638.58 |

# Livingston Agriculture & Mechanical

## Profit and Loss

### All Dates

|  | TOTAL |
|---|---|
| Depreciation Expense | 100,023.00 |
| Dues and Subscriptions | 422.17 |
| Insurance | 22,229.93 |
| Interest Paid | 202.12 |
| JDF | 614.13 |
| Legal & Professional Services | 1,463.00 |
| Meals & Entertainment | 49,150.30 |
| Misc. Expense | 19,411.99 |
| Office Supplies & Software | 47,725.86 |
| Quickbooks Payments | 5,548.23 |
| **Total Office Supplies & Software** | **53,274.09** |
| Other Business Expenses | 7,270.19 |
| payroll | 61,980.99 |
| Payroll Expenses | 7,154.51 |
| Taxes | 10,986.68 |
| Wages | 96,567.13 |
| **Total Payroll Expenses** | **114,708.32** |
| Reimbursable Expenses | 75,580.00 |
| Rent & Lease | 136,521.01 |
| Office/General Administrative Expenses | 1,888.83 |
| Shop & Equipment Rental | 77,469.61 |
| **Total Rent & Lease** | **215,879.45** |
| Repairs & Maintenance | 16,028.58 |
| Small Tools | 7,611.30 |
| Taxes & Licenses | 2,355.01 |
| Telephone | 12,239.99 |
| Transport | 1,107.46 |
| Travel | 5,320.87 |
| Uncategorized Expense | 25,793.39 |
| Uniform | 200.00 |
| Upgrade Inc | 0.00 |
| Utilities | 83,415.13 |
| **Total Expenses** | **$1,164,217.10** |
| NET OPERATING INCOME | **$113,584.49** |
| Other Income |  |
| Credit Card Rewards | 60.51 |
| Misc. Income | 0.00 |
| **Total Other Income** | **$60.51** |
| Other Expenses |  |
| Branding supplies | 351.20 |
| Calf | 525.00 |

# Livingston Agriculture & Mechanical

## Profit and Loss
### All Dates

| | TOTAL |
|---|---|
| Cattle | 16,684.26 |
| Cow tags | 72.40 |
| Cows | 1,718.00 |
| Feed | 1,419.58 |
| Horse Shoes | 820.00 |
| Reconciliation Discrepancies | 63,891.54 |
| Sales Taxes | 0.00 |
| Veterinary Expense | 924.87 |
| **Total Other Expenses** | **$86,406.85** |
| NET OTHER INCOME | $ -86,346.34 |
| NET INCOME | $27,238.15 |

# Livingston Cattle Company

## Profit and Loss

### All Dates

| | TOTAL |
|---|---:|
| Income | |
|   Services | 6,500.00 |
| **Total Income** | **$6,500.00** |
| GROSS PROFIT | **$6,500.00** |
| Expenses | |
|   QuickBooks Payments Fees | 65.00 |
| **Total Expenses** | **$65.00** |
| NET INCOME | **$6,435.00** |